IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOHNNY RAY EVANS            PLAINTIFF
ADC #120543

V.                    No. 4:20-CV-00290-LPR

ESTELLA BLAND                DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommendation (PFR) submitted by United States Magistrate Judge Patricia S. Harris and the Plaintiff's objections.[1] After performing a careful and *de novo* review of the PFR, the objections thereto, and the entire record, the Court concludes that the PFR should be, and hereby is, approved and adopted in its entirety as this Court's findings and conclusions in all respects.[2]

IT IS THEREFORE ORDERED THAT the Defendant's Motion for Summary Judgment (Doc. 89) is GRANTED. Judgment will be entered for the Defendant in this case.

IT IS SO ORDERED this 21st day of August 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Proposed Findings and Recommendation (Doc. 100); Pl.'s Objections (Doc. 101).

[2] One exception is Footnote 6 of the PFR. The Court does not adopt the definition of "[f]undamental rights" set out in that footnote. For purposes of this case, Footnote 6 is not necessary, and so the Court need go no further than saying Mr. Evans is not claiming denial of a fundamental right.