IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHNNY RAY EVANS**  **PLAINTIFF**
ADC #120543

V.  No. 4:20-CV-00290-LPR

**ESTELLA BLAND**  **DEFENDANT**

## JUDGMENT

Pursuant to the Order that was entered today and previous Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that summary judgment is entered on all claims in favor of Defendant Estella Bland.

IT IS SO ADJUDGED this 21st day of August 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE